UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JENNIFER YOUNG and CHRISTOPHER LUSK,** | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 4:17-cv-3701 |
| **MEDICREDIT INC.** | § § § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL OF PLAINTIFF CHRISTOPHER LUSK

Plaintiff Christopher Lusk and Defendant Medicredit, Inc. hereby stipulate to the dismissal of Plaintiff Christopher Lusk's claims only in the above-styled cause of action without prejudice, with each party bearing its own fees, expenses and costs. Plaintiff Jennifer Young's claims remain pending and are unaffected by this stipulation.

Dated: April 18, 2019

Respectfully Submitted,

| **HUGHES ELLZEY, LLP** | **SPENCER FANE, LLP** |
|---|---|
| */s/ W. Craft Hughes* | */s/ Jacob F. Hollars* |
| W. Craft Hughes | Jacob F. Hollars, #50352 (CO) |
| Jarrett L. Ellzey | Admitted *pro hac vice* |
| 1105 Milford St. | 1700 Lincoln Street, Suite 2000 |
| Houston, TX 77006 | Denver, CO 80203 |
| Phone: (713) 554-2377 | Phone: (303) 839-3707 |
| Fax: (888) 995-3335 | E-Mail: JHollars@spencerfane.com |
| E-Mail: craft@hughesellzey.com | |
| jarrett@hughesellzey.com | - and - |
| | Aimee Parsons |
| - and - | State Bar No. 24036229 |
| | aimee.parsons@ogletreedeakins.com |
| | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
| | One Allen Center |

| | |
|---|---|
| Bryant Fitts<br>**FITTS LAW FIRM, PLLC**<br>4801 Richmond Ave.<br>Houston, Texas 77027<br>Phone: (713) 871-1670<br>Fax: (713) 583-1492<br>Email: bfitts@fittslawfirm.com<br><br>**ATTORNEYS FOR PLAINTIFFS** | 500 Dallas Street, Suite 3000<br>Houston, TX  77002<br>713.655.0855<br><br>**ATTORNEYS FOR DEFENDANT** |

2

SL 3308508.1