United States District Court
Southern District of Texas
**ENTERED**
April 18, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER YOUNG and CHRISTOPHER LUSK, Plaintiffs, | § § § § | |
| v. | § | CIVIL ACTION NO. H-17-3701 |
| MEDICREDIT INC., Defendant. | § § § § | |

# ORDER

It is hereby **ORDERED** that all claims asserted by Plaintiff Christopher Lusk are **DISMISSED WITHOUT PREJUDICE**, each party to bear its own costs and fees. Claims asserted by Plaintiff Jennifer Young remain pending.

SIGNED at Houston, Texas, this 18th **day of April, 2019.**

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2017\3701DOLusk.wpd  190418.1453