United States District Court
Southern District of Texas
**ENTERED**
April 26, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JENNIFER YOUNG and § | |
| CHRISTOPHER LUSK, § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. H-17-3701 |
| § | |
| MEDICREDIT INC., § | |
| Defendant. § | |

## ORDER

For the reasons stated in the accompanying Memorandum and Order, it is hereby

**ORDERED** that summary judgment in favor of Defendant Medicredit Inc. is entered on all claims asserted by Plaintiff Jennifer Young, and those claims are **DISMISSED WITH PREJUDICE**. Taxable costs are assessed against Plaintiff Young.

This and all prior orders are hereby made final and appealable.

SIGNED at Houston, Texas, this 26th day of **April, 2019.**

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2017\3701FJ.wpd  190426.1321