## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **JENNIFER YOUNG and** § <br> **CHRISTOPHER LUSK,** § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> **MEDICREDIT INC.** § <br> § <br> Defendant. § | <br><br><br><br><br>Case No. 4:17-cv-3701 |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given Plaintiff Jennifer Young, in the above-named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment in Judge Nancy F. Atlas' Order [Doc. No. 31] GRANTING Defendant's Motion for Summary Judgment and DISMISSING WITH PREJUDICE all Plaintiff Jennifer Young's claims entered in this action on the 26th day of April, 2019.

Respectfully Submitted,

**HUGHES ELLZEY, LLP**

*/s/ Jarrett L. Ellzey*
W. Craft Hughes
Texas Bar No. 24046123
E-Mail: craft@hughesellzey.com
Jarrett L. Ellzey
Texas Bar No. 24040864
E-Mail: jarrett@hughesellzey.com
1105 Milford Street
Houston, TX 77006
Phone: (713) 554-2377
Fax: (888) 995-3335

**ATTORNEYS FOR PLAINTIFF**

# CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing document with the clerk of court using the CM/ECF system on <u>May 24, 2019,</u> and further certify that a copy of the foregoing was served on all counsel of record pursuant to the Federal Rules of Civil Procedure as follows:

Aimee B. Parsons
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
One Allen Center
500 Dallas Street, Suite 3000
Houston, TX 77002
Phone: (713) 655-0855
Fax: (713) 655-0020

Jacob F. Hollars, #50352 (CO) Admitted *pro hac vice*
**SPENCER FANE LLP**
1700 Lincoln St., Suite 2000
Denver, CO 80203
Phone: (303) 839-3800
Facsimile: (303) 839-3838

*Counsel for Defendant*

                                                  */s/ Jarrett L. Ellzey*
                                                  Jarrett L. Ellzey