IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

4:17-CV-3701

No. 19-20365

United States Courts
Southern District of Texas
FILED
*July 23, 2019*
David J. Bradley, Clerk of Court

JENNIFER YOUNG,

    Plaintiff - Appellant

v.

MEDICREDIT, INCORPORATED,

    Defendant - Appellee

Appeal from the United States District Court for the
Southern District of Texas

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of July 23, 2019, for want of prosecution. The appellant failed to timely file transcript order forms.

                                      LYLE W. CAYCE
                                      Clerk of the United States Court
                                      of Appeals for the Fifth Circuit

                                      By: _____
                                      Whitney M. Jett, Deputy Clerk

                ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

July 23, 2019

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

  No. 19-20365  Jennifer Young v. Medicredit, Incorporated  
          USDC No. 4:17-CV-3701

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

         Sincerely,

         LYLE W. CAYCE, Clerk

         /s/ WMJett

         By: _____  
         Whitney M. Jett, Deputy Clerk

cc w/encl:  
  Mr. Jarrett L. Ellzey  
  Mr. Jacob F. Hollars  
  Ms. Aimee B. Parsons